IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 12 2018
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18CR115 HTW-FKB

ANKIT PURI  18 U.S.C. § 922(g)(5)(A)
 18 U.S.C. § 922(g)(5)(B)

**The Grand Jury charges:**

COUNT 1

On or about March 3, 2018, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **ANKIT PURI**, being then and there an alien unlawfully and illegally in the United States, did knowingly possess a firearm, to wit: a Glock 9mm Pistol, which had been previously transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A) and 924(a)(2).

COUNT 2

On or about March 3, 2018, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **ANKIT PURI**, being then and there an alien admitted to the United States under a nonimmigrant visa, did knowingly possess a firearm, to wit: a Glock 9mm Pistol, which had been previously transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(B) and 924(a)(2).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, and all property used to facilitate the offense. The grand jury has determined that probable cause

exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

1) Glock 9mm Pistol, serial number WZM709;

2) Ammunition.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461.

D. MICHAEL HURST, JR.
United States Attorney

A T
_(_
Foi

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _12th_ day of June, 2018.

UNITED STATES MAGISTRATE JUDGE

2