IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:18-cr-00115 HTW-FKB

ANKIT PURI  **UNDER SEAL**

## MOTION FOR LEAVE TO ALLOW GOVERNMENT
## TO FILE MOTION UNDER SEAL

The United States of America seeks leave of the court to file under seal a motion in this matter so as to protect and guard against public disclosure of sensitive information contained in the Motion.

WHEREFORE, the United States requests that the Court allow the government to file a motion under seal in this matter.

Respectfully submitted this the 4th day of October, 2018.

                                                    D. MICHAEL HURST, JR.
                                                  United States Attorney

                                            By: s/*Gregory Kennedy*
                                            _____
                                            Assistant United States Attorney

GREGORY KENNEDY_
MS Bar 9389
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone - 601-965-4480

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2018, I electronically filed the foregoing Motion for Leave to Allow Government to File Motion Under Seal with the Clerk of the Court using the ECF system which sent notification of such to all parties of record.

*/s/ Gregory Kennedy*
Gregory Kennedy
Assistant United States Attorney